# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

KIMBERLY R. WRIGHT,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-231-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Kimberly Wright's appeal is dismissed.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____10/27/08_____
Date